1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANDREA SAVAGA,                                      No. C 10-04585 CRB

                Plaintiff,                           **ORDER OF DISMISSAL**

        v.

CREDIT BUREAU OF NAPA COUNTY, INC.,
dba CHASE RECEIVABLES, INC., and DOES
1-10, inclusive,

                Defendants.
_____/

        The parties hereto, by their counsel, having advised the Court that they have agreed to a

settlement of this case,

        IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,

however, that if any party hereto shall certify to this Court, within one hundred twenty (120) days,

with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said

settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall

forthwith be restored to the calendar to be set for trial.

Dated: January 3, 2011                    _____
                                          CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE